IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Nos. 02-70079 |
| | ) | through 02-70081 Inclusive |
| BRILL MEDIA COMPANY, LLC, | ) | |
| BRILL MEDIA MANAGEMENT, INC., | ) | Bankruptcy Nos. 02-70280 |
| BMC HOLDINGS, LLC, et al., | ) | through 02-70350 Inclusive |
| | ) | |
| Debtors. | ) | Consolidated for Administration |
| | ) | at Case No. 02-70079 |
| | ) | |
| | ) | Chapter 11 |
| _____ | ) | |
| | ) | |
| ALAN R. BRILL, an individual, et al., | ) | ADV. PROC. NO. 08-57096 |
| | ) | |
| Plaintiffs, | ) | RELATED TO BANKRUPTCY |
| | ) | CASE NO. 02-70079 (jointly |
| | ) | administered with Case Nos. |
| v. | ) | 02-70080, 02-70081, and 02-70280 |
| | ) | through 02-70350 inclusive) |
| REGENT COMMUNICATIONS, INC., | ) | |
| a Delaware corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**APPEARANCE**

Comes now Bingham McHale LLP by attorney Thomas C. Scherer and enters its Appearance on behalf of Plaintiffs, Alan R Brill, Business Management Consultants, LP, Brill Media Company, LP, ARB Finance-One, Inc., Nexus Systems, Inc., ARB Finance-Two, Inc., BEL, LLC, BH One, LLC, BH Two, LLC, Brill Media Company, Inc., Business Management Holdings, Inc., Brill Media Holdings, LLC, Broadcasting, Inc., Central Michigan Directories, Inc., CI, LLC, C.M. Realty, Inc., CMR Investments, LP, DRI, LLC, DRII, LLC, ERC I, LLC, ERC II, LLC, Huron Holdings, Inc., Huron Management, Inc., Lancaster-York Broadcasting, LLC, Lancaster-York Broadcasting Management, Inc., Lancaster-York Holdings, LLC,

Lancaster-York Holdings Management, Inc., Learning Research, Inc., Northern Holdings, Inc., Northern Colorado Management, Inc., Northland Holdings, Inc., Northland Management, Inc., Northwest Radio, Inc., Outdoor Advertising, LLC, Pontiac Newspapers, Inc., Promotion Publications, Inc., TC2, Inc., Sign Easy, Inc., Tower Company, Inc., TSB II, Inc., TSB III, LLC, TSB III Management, Inc., Tri-State Holdings, LLC, Tri-State Holdings Management, Inc., WRM, LLC, Nexus Services, LLC, WYM, LLC, and requests that all pleadings and notices be sent to the undersigned at the address shown below:

>Thomas C. Scherer (#24-49)
>BINGHAM McHALE, LLP
>10 West Market Street, #2700
>Indianapolis, IN  46204
>1-317-968-5407
>Facsimile 1-317-236-9907
>E-mail:  tscherer@binghammchale.com
>
>Respectfully submitted,
>
>*/s/ Thomas C. Scherer*
>Thomas C. Scherer, #24-49
>*Attorney for Plaintiffs, Alan R Brill, Business Management Consultants, LP, Brill Media Company, LP, ARB Finance-One, Inc., Nexus Systems, Inc., ARB Finance-Two, Inc., BEL, LLC, BH One, LLC, BH Two, LLC, Brill Media Company, Inc., Business Management Holdings, Inc., Brill Media Holdings, LLC, Broadcasting, Inc., Central Michigan Directories, Inc., CI, LLC, C.M. Realty, Inc., CMR Investments, LP, DRI, LLC, DRII, LLC, ERC I, LLC, ERC II, LLC, Huron Holdings, Inc., Huron Management, Inc., Lancaster-York Broadcasting, LLC, Lancaster-York Broadcasting Management, Inc., Lancaster-York Holdings, LLC, Lancaster-York Holdings Management, Inc., Learning Research, Inc., Northern Holdings, Inc., Northern Colorado Management, Inc., Northland Holdings, Inc., Northland Management, Inc., Northwest Radio, Inc., Outdoor Advertising, LLC, Pontiac Newspapers, Inc., Promotion Publications, Inc., TC2, Inc., Sign Easy, Inc., Tower Company, Inc., TSB II, Inc., TSB III, LLC, TSB III Management, Inc., Tri-State Holdings, LLC, Tri-State*

*Holdings Management, Inc., WRM, LLC, Nexus Services, LLC, WYM, LLC*

BINGHAM McHALE LLP
10 West Market Street, #2700
Indianapolis, Indiana 46204-2982
Telephone: (317) 635-8900
Facsimile: (317) 236-9907
E-mail: tscherer@binghammchale.com

<u>**CERTIFICATE OF SERVICE**</u>

      I certify that on December 11, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system or via U.S. Mail. Parties may access this filing through the Court's system:

Josh F. Brown
Jeffrey A. Hokanson
jfb@hostetler-kowalik.com
jeff.hokanson@hostetler-kowalik.com

J. Michael Debbeler
mdebbeler@graydon.com

John C. Greiner
jgreiner@graydon.com

Thomas P. Hanrahan
Amy P. Lally
Sidley Austin, LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA  90013

Andrew C. Ozete
acobankruptcy@bamberger.com

Joel G. Samuels
jsamuels@Sidley.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

                                            */s/ Thomas C. Scherer*

1355493